UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRFS INVESTMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMGUARD INSURANCE COMPANY, <br><br> Defendant. | Case No.: 20-CV-239-W-WVG <br><br> **ORDER ON JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

On March 20, 2020, this Court issued an ordering setting an April 27, 2020 Pre-Early Neutral Evaluation Conference and a May 4, 2020 Early Neutral Evaluation Conference ("ENE") ("ENE Order"). On Monday, April 27, 2020, this Court convened the telephonic Pre-ENE Conference pursuant to the ENE Order. During the Pre-ENE Conference, it came to light that Plaintiff is on the cusp of providing important documents to Defendant that may clarify the Parties' respective settlement postures. In that spirit, the Parties filed a Joint Motion to Continue Early Neutral Evaluation, requesting a 15-day continuance of the May 4, 2020 ENE to allow for more productive settlement discussions. (Doc. No. 8.) Having reviewed and considered the Joint Motion, the Court finds good cause supports the requested continuance pursuant to Rule 16(b) of the Federal Rules of Civil

Procedure. Fed. R. Civ. P. 16(b).

Accordingly, the Court hereby RESETS the May 4, 2020 ENE conference to **Friday, May 22, 2020 at 9:00 A.M.** The ENE conference shall take place in person absent either of the following: (1) an order from the Chief Judge extending Chief Judge Order No. 24, which requires all conferences, including ENEs, to take place telephonically up to and including May 16, 2020, in light of the ongoing COVID-19 pandemic; or (2) a motion from either party or a joint motion requesting a telephonic or videoconference ENE for good cause related to the COVID-19 pandemic or otherwise. In the event the May 22, 2020 ENE is converted into a telephonic or video conference, this Court shall provide instruction to counsel on coordination of that effort prior to May 22, 2020.

**IT IS SO ORDERED.**

Dated: April 29, 2020

Hon. William V. Gallo
United States Magistrate Judge